# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:99-CR-00109-GCM

| | |
|---|---|
| **UNITED STATES,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSE JULIO MORBAN-LOPEZ,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court upon Defendant Jose Morban-Lopez's pro se Motion for Reconsideration and Abeyance (ECF Doc. 394). Having reviewed the Motion, the Court finds that it should be **DENIED AS MOOT**.

**IT IS THEREFORE ORDERED** that Defendant Jose Morban-Lopez's pro se Motion for Reconsideration and Abeyance (ECF Doc. 394) is **DENIED AS MOOT**.

Signed: June 9, 2021

Graham C. Mullen
United States District Judge