# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:99-CR-00109-GCM

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JULIO MORBAN-LOPEZ,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court upon Defendant Jose Julio Morban-Lopez's Motion for Reduction of Sentence (ECF Doc. 397), which was filed pursuant to the First Step Act of 2018. Defendant Morban-Lopez was released from the Bureau of Prisons on June 17, 2020. Therefore, the Court finds that his motion should be **DENIED AS MOOT**.

**IT IS THEREFORE ORDERED** that Defendant Jose Julio Morban-Lopez's Motion for Reduction of Sentence (ECF Doc. 397) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: June 30, 2021

Graham C. Mullen
United States District Judge